IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Wendell Hudson, | ) |
| | ) |
|       *Plaintiff*, | ) |
| | ) |
| -vs- | ) No. |
| | ) |
| City of Chicago, Chicago Police | )   *(jury demand)* |
| Officer Francis N De Peder and | ) |
| Chicago Police Officer Homero | ) |
| Ramirez, | ) |
| | ) |
|       *Defendants*. | ) |

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. § 1983. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1343.

2. Plaintiff Wendell Hudson is a resident of the Northern District of Illinois.

3. Defendant City of Chicago is an Illinois municipal corporation joined as the potential indemnifier.

4. Defendant Chicago Police Officer Francis De Peder and Hector Ramirez were at all relevant times acting under color of their offices as Chicago police officers.

5.  On November 30, 1992, the defendant officers fabricated evidence, thereby causing plaintiff to be held in custody, prosecuted, and convicted of an offense. These acts included preparing police reports containing the material false statements that they had stopped plaintiff for a traffic violation and that plaintiff had admitted to the knowing possession of stolen property.

6.  Plaintiff had not been operating a motor vehicle. The defendant officers' statements that that they stopped plaintiff for a traffic violation were false.

7.  Plaintiff did not admit to the knowing possession of stolen property. The defendant officers' statements to the contrary were false.

8.  As a result of the above described wrongful acts, plaintiff was deprived of his liberty as a pre-trial detainee, convicted of felony theft, and then confined in the penitentiary for several years.

9.  The Circuit Court of Cook County set aside plaintiff's conviction aside on May 4, 2018.

10. As a result of the foregoing, plaintiff was deprived of rights secured by the Fourth and Fourteenth Amendments to the Constitution of the United States.

11. Plaintiff hereby demands trial by jury.

Accordingly, plaintiff requests that appropriate compensatory and punitive damages be awarded against the defendant officers as well as fees and costs, and that the Court declare that the City of Chicago is liable as the indemnifier for all compensatory damages, fees, and costs.

/s/ Kenneth N. Flaxman
KENNETH N. FLAXMAN
ARDC No. 830399
Joel A. Flaxman
200 S Michigan Ave Ste 201
Chicago, IL 60604-2430
(312) 427-3200
*Attorneys for Plaintiff*